# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-613-484

**Effective date of
registration:**

March 11, 2009

## Title

**Title of Work:** NX 6.0

## Completion/ Publication

**Year of Completion:** 2008

## Author

**Author:** Siemens Product Lifecycle Management Software Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Siemens Product Lifecycle Management Software Inc.

5800 Granite Parkway, Suite 600, Plano, Texas, 75024, United States

**Transfer Statement:** Written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Computer Program

**Previous registration and year:** TXu1-371-806    2007

**New material included in claim:** Computer program

## Rights and Permissions

**Organization Name:** Siemens Product Lifecycle Management Software Inc.

**Name:** Allen Scott Lineberry

**Email:** allen.lineberry@siemens.com          **Telephone:** 972-987-3211

**Address:** 5800 Granite Parkway, Suite 600

Plano, Texas 75024  United States

## Certification

EXHIBIT A

**Name:**  Allen Scott Lineberry

**Date:**  March 2, 2009