**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> MANUFACTURING SERVICES INTERNATIONAL, INC. <br><br> Defendant. | CASE NO. 3:16-cv-182 <br><br> (JUDGE _____) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Siemens Product Lifecycle Management Software Inc**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   ☒ Yes  ☐ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **Plaintiff Siemens Product Lifecycle Management Software Inc. is a wholly owned subsidiary of Siemens Industry, Inc., which is not publicly traded. Siemens Industry, Inc. is a wholly owned subsidiary of Siemens Corporation, which is not publicly traded. Siemens Corporation is indirectly owned, through one or more companies, by Siemens AG, a German corporation, which is publicly traded on the New York Stock Exchange.**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ☒ Yes  ☐ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   **Siemens AG, which is publicly traded, has an indirect financial interest in the outcome of this litigation as the parent company Siemens Corporation.**

2

/s/ Jeffrey T. Cox
Jeffrey T. Cox (0055420)
    Trial Attorney
Jade K. Smarda (0085460)
FARUKI IRELAND & COX. P.L.L.
110 North Main Street, Suite 1600
Dayton, OH  45402
Telephone:  (937) 227-3704
Facsimile:  (937) 227-3717
Email:  jcox@ficlaw.com
            jsmarda@ficlaw.com


Robert R. Riddle
(*pro hac vice* application forthcoming)
Texas Bar No. 24035495
Andrew Bluebond
(*pro hac vice* application forthcoming)
Texas Bar No. 24092147
REED SMITH, LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
Email:  rriddle@reedsmith.com
            abluebond@reedsmith.com


*Counsel for Plaintiff*
*Siemens Product Lifecycle Management*
*Software Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that on the 10th day of May, 2016, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have caused the document to be hand-delivered upon the non-CM/ECF participants:

    Manufacturing Services International, Inc.
    15 West Dorothy Lane
    Dayton, Ohio 45429

    c/o Christopher F. Cowan, Registered Agent
    12 W. Monument Avenue, Suite 100
    Dayton, Ohio 45402


    /s/ Jade K. Smarda
    Jade K. Smarda

1050021.2