AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Siemens Product Lifecycle Management Software, Inc.<br>5800 Granite Parkway, Suite 600<br>Plano, Texas 75024<br><br>*Plaintiff(s)*<br><br>v.<br><br>Manufacturing Services International, Inc.<br>15 West Dorothy Lane<br>Dayton, Ohio 45429<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-182 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Manufacturing Services International, Inc.
c/o Christopher Cowan, Registered Agent
12 West Monument Avenue, Suite 100
Dayton, Ohio 45402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey T. Cox, Jade K. Smarda, FARUKI IRELAND & COX. P.L.L., 110 North Main Street, Suite 1600, Dayton, OH 45402
and
Robert R. Riddle, Andrew Bluebond, REED SMITH, LLP, 811 Main Street, Suite 1700, Houston, TX 77002-6110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2016

*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-182

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Manufacturing Services International, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christopher Cowan, who is
designated by law to accept service of process on behalf of *(name of organization)* Manufacturing
Services International, Inc on *(date)* 5/10/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/10/2016

*Server's signature*

Matt Martin, Process Server
*Printed name and title*

110 N. Main St., Suite 1600, Dayton, OH 45402
*Server's address*

Additional information regarding attempted service, etc: